BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-MC-00081-TLN-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $50,600.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Ronald Scully ("claimant"), by and through their respective counsel, as follows:

1. On or about May 13, 2013, claimant Ronald Scully filed a claim in the administrative forfeiture proceeding with the U.S. Drug Enforcement Administration with respect to the Approximately $50,600.00 in U.S. Currency ("defendant currency"), which was seized on December 11, 2012.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

Stipulation and Order to Extend Time

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is August 9, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to September 23, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 23, 2013.

Dated: 8/6/2013                                BENJAMIN B. WAGNER
                                               United States Attorney

                                        By:    /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney


Dated: 8/6/2013                                /s/ Sharon Kegerreis
                                               SHARON KEGERREIS
                                               Attorney for claimant
                                               Ronald Scully

                                               (Signature authorized by telephone)

**IT IS SO ORDERED**.

Dated:  Dated: August 8, 2013

                                               Troy L. Nunley
                                               United States District Judge

2

Stipulation and Order to Extend Time